UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:     Chapter: 13

Veautry R Vaughan

Debtor     Case No.: 16-03914-JCO

US Bank Trust N.A., As Trustee of Bungalow Series F Trust
    Movant

## FACT SUMMARY FOR MOTION FOR RELIEF FROM AUTOMATIC STAY
## TO FORECLOSE SECURITY AND LEASEHOLD INTERESTS
## IN CHAPTER 7 AND CHAPTER 13 CASES

Date and Type of Loan/Credit Transaction: 4/13/2009 and Mortgage and Note

Type of Collateral: Real Property - 2007 Jones Ave, Mobile, AL 36617     Monthly Payment: $554.71

Amount Financed: $55,120.00     APR or Interest Rate: 5.625000%

Term of Loan: _____ Months or 30 Years

Payoff Amount: $62,281.82     As of: 10/4/2017

Value of Collateral: $58,200.00     Method of Valuation: Debtor's Schedules

Delinquent Pre-Petition Payments:
    What Month(s)? 7/15-11/16
    Amount: 10,855.98
    Claim Filed: __X__ Yes or _____ No
    Date Claim Filed: 4/3/2017

Delinquent Post-Petition Payments:
    What Month(s)? 2/1/2017 to 10/1/2017
    Amount? $4,180.87
    Claim Filed: _____ Yes or __X__ No
    Date Claim Filed: _____
    Other Charges & Costs (itemize):     $850.00 Attorney Fees
                                                $181.00 Court Filing Fees

Amount & Number of Post Petition Payments Received: $2,898.53 and 4

Amount held in Suspense: $39.73

If Lease, Lease Expiration Date: N/A

If Terminated, Lease Termination Date: N/A

Does Creditor have Proof of Insurance in force: ___ Yes ___ No __X__ Unknown

Prior Stay Order(s) Involving Movant, including Current Case: ___ Yes __X__ No
    If Yes, give case number(s) and date(s) of order(s)
    Case No.: _____ Date: _____
    Case No.: _____ Date: _____
    Case No.: _____ Date: _____

Date: 10/20/2017

Submitted By: /s/Susannah R. Walker
Susannah R. Walker (WAL-158)
Diane C. Murray (MUR-048)
Enslen Crowe (CRO-098)
Stephen Bulgarella (BUL-021)
Attorney for Creditor